AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CROSSFIT, LLC,<br><br>*Plaintiff(s)*<br>v.<br>SIRA SAINZ, a/k/a SIRAMAD TRUJILLO, individually, and RX FIT HOLDINGS LLC d/b/a TAMIAMI FITNESS & WELLNESS, and d/b/a TAMIAMI FITNESS, d/b/a TAMIAMI CROSSFIT, and d/b/a CROSSFIT TAMIAMI,<br>*Defendant(s)* | Civil Action No. 1:25-cv-21507-JEM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sira Sainz, aka Siramad Trujillo
2423 SW 147th Avenue, Suite 179
Miami, Florida 33185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory W. Herbert, Esq.
Greenberg Traurig, P.A.
450 South Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: 407.420.1000
Email: herbertg@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Apr 2, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

CROSSFIT, LLC,

*Plaintiff(s)*

v.

SIRA SAINZ, a/k/a SIRAMAD TRUJILLO, individually, and RX FIT HOLDINGS LLC d/b/a TAMIAMI FITNESS & WELLNESS, and d/b/a TAMIAMI FITNESS, d/b/a TAMIAMI CROSSFIT, and d/b/a CROSSFIT TAMIAMI,

*Defendant(s)*

Civil Action No. 1:25-cv-21507-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RX Fit Holdings, LLC, d/b/a Tamiami Fitness and Wellness, and d/b/a Tamiami Fitness, and d/b/a Tamiami CrossFit, and d/b/a CrossFit Tamiami
c/o Registered Agent: Sira Sainz, aka Siramad Trujillo
2423 SW 147th Avenue, Suite 179
Miami, Florida 33185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory W. Herbert, Esq.
Greenberg Traurig, P.A.
450 South Orange Avenue, Suite 650
Orlando, FL 32801
Telephone: 407.420.1000
Email: herbertg@gtlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 2, 2025

Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts